ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Ford Lumber & Building Supply, Inc. | ) | ASBCA No. 61619 |
| | ) | |
| Under Contract No. DACA27-1-96-9 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Dean Ford
    Corporate Officer

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    R. Lauren Horner, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: March 17, 2021

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61619, Appeal of Ford Lumber & Building Supply, Inc., rendered in conformance with the Board's Charter.

Dated: March 17, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals